**FW: SOP-OP-7.5.1.202 Freight Picking 8.6.13 with markup**

**From:** Madison, Mary <Mary.Madison@Kencogroup.com>
**To:** lagniappe26 <lagniappe26@aol.com>
**Date:** Fri, Aug 9, 2013 9:00 am

Thank you kindly,

Mary Madison
Quality Engineer

Kenco/Mars
1125 West Sycamore Road
Manteno, IL 60950
815.468.4448

This message and any attachments are intended only for the use of the addressee and may contain information that is privileged and confidential. If the reader of the message is not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, notify the sender immediately by return email and delete the message and any attachments from your system.

**From:** Tracie Clifford [                    ]
**Sent:** Tuesday, August 06, 2013 2:26 PM
**To:** Madison, Mary
**Subject:** SOP-OP-7.5.1.202 Freight Picking 8.6.13 with markup



EXHIBIT
11-14



| MARS Manteno RDC | | | | | |
|---|---|---|---|---|---|
| Document Number: SOP-OP-7.5.1.202 | Title: Freight Picking | | | | |
| Original Date: | Revision Date: NA | Revision #: 00 | Effective Date: | | 1 of 13 |

| Author: Mike Manzello, Operations Manager |
|---|
| Approval: Mary Madison, Quality Engineer |
| Approval: Kelvin Walsh, General Manager |

## 1.0 PURPOSE

To document the activities to ensure the correct
        is in use at the Mars RDC in Manteno, IL

## 2.0 SCOPE

This SOP is applicable to                                at the Mars RDC in Manteno,
IL.

## 3.0 DEFINITIONS

PIT: Powered Industrial Truck

## 4.0 ROLES AND RESPONSIBILITIES

The following individuals have the listed responsibilities

**General Manager**

- Ensuring this standard operating procedure is followed.

**Loading Associate**

- Knowing, understanding, and following this standard operating procedure to correctly freight pick material for shipment.

**Operations Manager**

- Ensuring this standard operating procedure is followed.

**Warehouse Supervisor**

Formatted: Font: Not Bold

Formatted: Indent: Left: 0.86", No bullets or numbering

Formatted: Heading 1, Indent: Left: 0", Hanging: 0.3"

Formatted: Heading 1, Outline numbered + Level: 2 + Numbering Style: 1, 2, 3, ... + Start at: 1 + Alignment: Left + Aligned at: 0.5" + Indent at: 0.75"

Formatted: Indent: Left: 0.74"

Formatted: Heading 1, Outline numbered + Level: 2 + Numbering Style: 1, 2, 3, ... + Start at: 1 + Alignment: Left + Aligned at: 0.5" + Indent at: 0.75"

Formatted: Font: Not Bold

Formatted: Heading 1, Outline numbered + Level: 2 + Numbering Style: 1, 2, 3, ... + Start at: 1 + Alignment: Left + Aligned at: 0.5" + Indent at: 0.75"

Formatted: Font: Not Bold

Formatted: Heading 1, Outline numbered + Level: 2 + Numbering Style: 1, 2, 3, ... + Start at: 1 + Alignment: Left + Aligned at: 0.5" + Indent at: 0.75"

Formatted: Font: Not Bold



| | **MARS Manteno RDC** | | | | |
|---|---|---|---|---|---|
| Document Number:<br>SOP-OP-7.5.1.202 | Title:<br>Freight Picking | | | | |
| Original Date: | Revision Date:<br>NA | Revision #:<br>00 | Effective Date: | | 2 of 13 |

- Ensuring this standard operating procedure is followed; and to know, understand, and follow this standard operating procedure to correctly freight pick material for shipment.

## 5.0 REFERENCE DOCUMENTS

5.1 Exhibit A – Process Flow Diagram

5.2 Exhibit B – Example of "899" label

## 6.0 PROCEDURE

The supervisor will receive an outbound        coversheet from the shipping office.

The supervisor will assign the                            dock door.

The supervisor will open the SAP FREIGHT OUT screen.

The supervisor will enter the wave number into the               screen.

A freight pick sheet will automatically print out.

The supervisor will remove the freight pick sheet from the printer and give it to the warehouse associate(s) assigned to freight picking activities.

The warehouse associate will log into the computer on the PIT.

The warehouse associate will enter the pick list ID into the computer.

The warehouse associate will obtain the required number of "899" labels from the printer outside the supervisors' office.

The warehouse associate will scan the "899" label using the scanner on the PIT.

The computer screen will display a request for a scan of the location barcode for the specific product.

The warehouse associate will drive to the applicable location displayed on the computer screen.

Once the warehouse associate arrives at the location, the warehouse associate will scan the location barcode on the rack beam.

The warehouse associate will then scan the first partial pallet.

If there is enough material on the first pallet to complete the pick, confirm the pick on the computer. If there is not enough material on the first pallet to complete the pick,

*Proprietary Information – Kenco*



| | MARS Manteno RDC | | | | |
|---|---|---|---|---|---|
| Document Number: SOP-OP-7.5.1.202 | Title: Freight Picking | | | | |
| Original Date: | Revision Date: NA | Revision #: 00 | Effective Date: | 4 of 13 |



Formatted: Indent: Left: 0.7"

*Proprietary Information – Kenco*



| MARS Manteno RDC | | | | | |
|---|---|---|---|---|---|
| **Document Number:** SOP-OP-7.5.1.202 | **Title:** **Freight Picking** | | | | |
| **Original Date:** | **Revision Date:** NA | **Revision #:** 00 | **Effective Date:** | | 3 of 13 |

the warehouse associate will scan the next pallet in the location with the appropriate material on it.

When the pick is complete, press "F8" on the computer screen to confirm the pick is complete.

```
mou172.mto.na.mars - PuTTY

Press F8 to continue.
```

```
mou172.mto.na.mars - PuTTY
Please Enter the

Number of full TIERS  █  _____
Number of loose CASES    _____

Press Enter to continue
```

**Formatted:** Space After: 6 pt, No bullets or numbering, Tab stops: 0.84", Left

**Formatted:** Indent: Left: 0.7", Space After: 6 pt, Tab stops: 0.91", Left + 1.34", Left

**Formatted:** Left, Indent: Left: 0.49", Outline numbered + Level: 2 + Numbering Style: 1, 2, 3, … + Start at: 1 + Alignment: Left + Aligned at: 0.5" + Indent at: 0.75"

**Formatted:** Left, Indent: Left: 0.7", Outline numbered + Level: 3 + Numbering Style: 1, 2, 3, … + Start at: 1 + Alignment: Left + Aligned at: 1" + Indent at: 1.5", Tab stops: 0.91", Left + 1.34", Left

**Formatted:** Tab stops: 0.91", Left + 1.34", Left

**Formatted:** Tab stops: 0.91", Left + 1.34", Left



| MARS Manteno RDC | | | | |
|---|---|---|---|---|
| **Document Number:** SOP-OP-7.5.1.202 | **Title:** Freight Picking | | | |
| **Original Date:** | **Revision Date:** NA | **Revision #:** 00 | **Effective Date:** | **5 of 13** |



**Formatted:** Indent: Left: 0.7", Outline numbered + Level: 3 + Numbering Style: 1, 2, 3, ... + Start at: 1 + Alignment: Left + Aligned at: 1" + Indent at: 1.5"

**Formatted:** Indent: Left: 0.7", Space After: 6 pt



| | **MARS Manteno RDC** | | | | |
|---|---|---|---|---|---|
| Document Number: SOP-OP-7.5.1.202 | Title: Freight Picking | | | | |
| Original Date: | Revision Date: NA | Revision #: 00 | Effective Date: | | 6 of 13 |



Proprietary Information – Kenco

Formatted: Indent: Left: 0.7"

Formatted: Indent: Left: 0.7", Space After: 6 pt

Formatted: Indent: Left: 1.2", Space After: 6 pt, No bullets or numbering

Formatted: Indent: Left: 0.7"

Formatted: Indent: Left: 0.49", Hanging: 0.25", Tab stops: Not at 0.84"



| MARS Manteno RDC | | | | |
|---|---|---|---|---|
| **Document Number:** SOP-OP-7.5.1.202 | **Title:** Freight Picking | | | |
| **Original Date:** | **Revision Date:** NA | **Revision #:** 00 | **Effective Date:** | **7 of 13** |



*Proprietary Information - Kenco*

**Formatted:** Indent: Left: 1.2", No bullets or numbering



| MARS Manteno RDC | | | | |
|---|---|---|---|---|
| Document Number: SOP-OP-7.5.1.202 | Title: Freight Picking | | | |
| Original Date: | Revision Date: NA | Revision #: 00 | Effective Date: | 8 of 13 |



Formatted: Indent: Left: 0.7", Outline numbered + Level: 3 + Numbering Style: 1, 2, 3, ... + Start at: 1 + Alignment: Left + Aligned at: 1" + Indent at: 1.5"

Formatted: Indent: Left: 0.49", Hanging: 0.25", Tab stops: Not at 0.84"

Formatted: Centered

Formatted: Indent: Left: 0.7", Outline numbered + Level: 3 + Numbering Style: 1, 2, 3, ... + Start at: 1 + Alignment: Left + Aligned at: 1" + Indent at: 1.5"

KENCO

| MARS Manteno RDC | | | | |
|---|---|---|---|---|
| Document Number: SOP-OP-7.5.1.202 | Title: Freight Picking | | | |
| Original Date: | Revision Date: NA | Revision #: 00 | Effective Date: | 9 of 13 |

When the computer displays the message "CONTAINER COMPLETE", press "F8".

The computer will then display the appropriate door to which the material is to be taken for shipment staging.

The warehouse associate will take the material to the appropriate door.

Upon arrival at the proper dock door, the warehouse associate will scan the barcode for the dock.

After scanning the barcode for the dock, press "F8", and then press "ENTER".

Shrink wrap the material to the pallet.

Place the previously-scanned "899" label onto the shrink-wrapped pallet.

The warehouse associate will then return the paperwork to the supervisor.

The supervisor will check the paperwork for accuracy.

If all information is correct, the paperwork will be disposed.

Formatted: Indent: Left: 0.49", Hanging: 0.25", Space After: 6 pt

Formatted: Indent: Left: 0.7", Space After: 6 pt

## 7.0 TIMING AND FREQUENCY

7.1 New hire
7.2 Changes to procedure
7.3 Annually

## 8.0 DOCUMENT RETENTION

Seven (7) years

## 9.0 QUICK REFERENCE

N/A

## 10.0 RELATED PROCEDURES

**KENCO**

| MARS Manteno RDC | | | | |
|---|---|---|---|---|
| Document Number:<br>SOP-OP-7.5.1.202 | Title:<br>Freight Picking | | | |
| Original Date: | Revision Date:<br>NA | Revision #:<br>00 | Effective Date: | **10 of 13** |

## 11.0 REVISION TABLE

| Revision # | Revision Date | Description |
|---|---|---|
| 00 | 07/28/2013 | Initial release |
| | | |
| | | |
| | | |

*Proprietary Information - Kenco*



| MARS Manteno RDC | | | | |
|---|---|---|---|---|
| Document Number:<br>SOP-OP-7.5.1.202 | Title:<br>Freight Picking | | | |
| Original Date: | Revision Date:<br>NA | Revision #:<br>00 | Effective Date: | 11 of 13 |

## Exhibit A – Process Flow Diagram



*Proprietary Information - Kenco*



| MARS Manteno RDC | | | | |
|---|---|---|---|---|
| Document Number:<br>SOP-OP-7.5.1.202 | Title:<br>Freight Picking | | | |
| Original Date: | Revision Date:<br>NA | Revision #:<br>00 | Effective Date: | 12 of 13 |

*Proprietary Information - Kenco*



| MARS Manteno RDC | | | | |
|---|---|---|---|---|
| Document Number: SOP-OP-7.5.1.202 | Title: Freight Picking | | | |
| Original Date: | Revision Date: NA | Revision #: 00 | Effective Date: | 13 of 13 |

## Exhibit B – Example of "899" Label



*Done 9/20/14*

Page 1 of 1

## McCurry, Edith

**From:** Szplett, Len
**Sent:** Friday, September 19, 2014 12:14 PM
**To:** McCurry, Edith
**Subject:** FW: Spotter pay changes-Mars-Manteno-Kenco

FYI......to change the rates.

Len Szplett

Kenco Logistics Services
1125 Sycamore Rd
Manteno, IL 60950
www.kencogroup.com
Email: Len.Szplett@KencoGroup.com
Office 815-468-9999, X488
Fax 1-815-468-2468

**From:** Szplett, Len
**Sent:** Thursday, September 18, 2014 1:14 PM
**To:** Lopez, Mario
**Subject:** Spotter pay changes-Mars-Manteno-Kenco

Mario, per our conversation today about increasing our spotters pay to $18.50 , the change will be retro to 8-4-14.

Here's where we'll be with our spotters:

✓ Mark Baker $17.05 to $18.50

✓ Kelly Campbell $16.15 to $18.50

✓ John Montgomery $17.21 to $18.50

✓ Mardy Ringo $16.63 to $18.50

✓ Morris Tyson $16.55 to $18.50

The 2 newest spotters will stay at their hired rate of $18.00:
Tom Leach and Karl Metke.

We'll work on getting this done for the next payroll if possible.

Just wanted to confirm back to you.

Thank you.

Len Szplett

Kenco Logistics Services
1125 Sycamore Rd
Manteno, IL 60950
www.kencogroup.com
Email: Len.Szplett@KencoGroup.com
Office 815-468-9999, X488
Fax 1-815-468-2468



EXHIBIT

9/20/2014

KENCO 000895

Page 1 of 2

## McCurry, Edith

**From:** virginia.limon@prologistix.com
**Sent:** Friday, August 08, 2014 10:19 AM
**To:** McCurry, Edith
**Subject:** FW: 3rd SHIFT AUG. 1ST/2ND MANDITORY WEEKEND CALL OFF'S/ NO SHOW'S / APPROVED PTO'S

---

**From:** Manzello, Mike [mailto:Mike.Manzello@Kencogroup.com]
**Sent:** Saturday, August 02, 2014 9:48 AM
**To:** Virginia Limon; Jabaley, David
**Cc:** Kristin Bevens
**Subject:** FW: 3rd SHIFT AUG. 1ST/2ND MANDITORY WEEKEND CALL OFF'S/ NO SHOW'S / APPROVED PTO'S

Hi Vicky

Please get with these people that belong to you on this list. We are heading into our peak season and mandated Saturdays are just as important to the operation as the weekdays. Please talk to these folks. They are repeat offenders. A serious discussion needs to happen or we need to start looking into replacing them. If you have any questions let me know

Thanks

**Mike Manzello**
Operations Manager
1125 Sycamore Rd • Manteno, IL 60950
Office: 815-468-4404 • Mobile: 815-922-0357



**VOTE
KENCO
A TOP 3PL**
We can't do it without you.



The information contained in this electronic transmission and any accompanying document is confidential and is intended only for the use of the addressee. Unauthorized use, disclosure or copying of this communication, or any part of it, is strictly prohibited and may be unlawful. If you have received this communication in error, please notify the sender immediately by return email, and destroy this communication and all copies of it, including all attachments.

---

**From:** Beck, Saul
**Sent:** Saturday, August 02, 2014 1:50 AM
**To:** Beck, Saul; McCurry, Edith; 'Edith McCurry'; Manzello, Mike
**Cc:** Jabaley, David; Manteno-Operations
**Subject:** RE: 3rd SHIFT AUG. 1ST/2ND MANDITORY WEEKEND CALL OFF'S/ NO SHOW'S / APPROVED PTO'S

EVERETT OUT SICK AT 0100

**SAUL A. BECK III**
3RD SHIFT SUPERVISOR

8/8/2014

EXHIBIT

**KENCO**

| | | Mars-Manteno | | | |
|---|---|---|---|---|---|
| Document Number: SOP-6.4.016 | Title: Onboarding Procedure | | | | |
| Original Date: 11/20/13 | Revision Date: 11/20/13 | Revision #: 0 | Effective Date: 11/30/13 | | 1 of 7 |

Author: Len Szplett, Office Manager

*Len Szplett*  11/20/13

Approval: Valerie Lilley, Quality Control Coordinator

11/20/13

Approval: Kelvin Walsh, General Manager

## 1.0 PURPOSE

Onboarding is a long-term process that begins before a new hire's start date and continues for at least six months. This checklist procedure is organized chronologically and helps hiring managers/supervisors prepare for the arrival of new associates. Once the new associate starts, he/she can work together with the appointed staff to complete the checklist. The hiring manager/supervisor may add additional activities that are relevant to the specific area of operation. Temp-to-hire transitions may omit items that are not applicable.

## 2.0 SCOPE

This document establishes the procedure to support new associates with comprehensive onboarding to ensure their success, reduced turnover, and positive integration into the culture at the Mars-Manteno facility.

## 4.0 ROLES AND RESPONSIBILITIES

**4.1 Officer Manager** – Outlined responsibilities within.

**4.2 Safety Coordinator** – Outlined responsibilities within.

**4.3 Supervisor** – Outlined responsibilities within.

**4.5 Operations Manager** -- Outlined responsibilities within.

**4.4 Trainer** -- A peer to assist in the onboarding process and be a "go-to" person for all areas of transitioning into the job.

**4.5 IT Power User** -- Outlined responsibilities within

*Proprietary Information - Kenco*



EXHIBIT



| | Mars-Manteno | | | | |
|---|---|---|---|---|---|
| Document Number:<br>**SOP-6.4.016** | Title:<br>**Onboarding Procedure** | | | | |
| Original Date:<br>**11/20/13** | Revision Date:<br>**11/20/13** | Revision #.<br>**0** | Effective Date:<br>**11/30/13** | | **2 of 7** |

**4.7 HR Admin** -- Outlined responsibilities within. 

**4.6 Facility Manager** -- Outlined responsibilities within.

**4.7 Hiring Manager** -- will control this document through the onboarding process and maintain it in the associate's file.

---

### 6.0 PROCEDURE

See time tables below.

---

*Proprietary Information - Kenco*



| | Mars-Manteno | | | |
|---|---|---|---|---|
| Document Number: SOP-6.4.016 | Title: Onboarding Procedure | | | |
| Original Date: 11/20/13 | Revision Date: 11/20/13 | Revision #: 0 | Effective Date: 11/30/13 | 3 of 7 |

## Pre-Arrival

**Prior to First Day:** The goal is to plan and prepare for the new hire's arrival so they arrive to an organized and prepared workplace.

| Action To Be Taken | Action To Be Taken By Whom | Date Completed/ Comments |
|---|---|---|
| Call/talk to the new hire and welcome them aboard. Congratulate them! Let them know what to expect on their first day on the job.<br>• What time to be here<br>• Where to park<br>• How to get into the building<br>• Bring two forms of ID<br>• Briefly; what to wear to work<br>• Ask them if they have any questions | Hiring manager/ Supervisor | |
| Schedule time with office manager to take the new hire through the required HR forms on the first day on the job. | Supervisor/ Office Manager | |
| Set up their locker | Operations Manager | |
| • Set up the workstation<br>• Clean out desk/drawers<br>• Ensure/order all equipment and tools they will need | Supervisor | |
| • Arrange IT system.<br>• Computer, Network<br>• Email set up<br>• Personal and Public/shared drive<br>• Additional drive access (if applicable)<br>• Printer(s) access | IT Power User | |
| Notify everyone on your shift that a new person is starting and what the new person's job will entail. Ask other associates to welcome the new associate and encourage their support. | Supervisor | |
| Schedule time with the safety coordinator of when the new hire will go through the New Hire Checklist prior to being released for training with the supervisor. | Supervisor | |
| Set up voicemail | Facility Manager | |
| | | |
| | | |

*Proprietary Information - Kenco*



| | Mars-Manteno | | | | |
|---|---|---|---|---|---|
| Document Number: SOP-6.4.016 | Title: Onboarding Procedure | | | | |
| Original Date: 11/20/13 | Revision Date: 11/20/13 | Revision #: 0 | Effective Date: 11/30/13 | 4 of 7 | |

## First Day on the job

The goal is to plan and prepare for the new hire's arrival so they arrive to an organized and prepared workplace.

| Action To Be Taken | Action To Be Taken By Whom | Date Completed/ Comments |
|---|---|---|
| Try to create a comfortable environment and remember not to overwhelm them. | | |
| Give a warm welcome and go over the plan for the first day. | Supervisor | |
| Coordinate a site/office tour including: <br> • Lunchroom/break room and times <br> • Notice boards <br> • Information about building access and that we are a closed campus <br> • Washroom facilities <br> • Review Parking, smoking and outside conduct requirements. Emergency exits & evacuation, personal safety <br> • Location of the First Aid Kits and fire extinguishers <br> • Working hours, work schedule <br> • Point out pedestrian paths <br> • Explain importance of good attendance and punctuality, and the process to follow in reporting absences. | Supervisor and/or Trainer | |
| Fill out HR forms | Office Manager | |
| Introduce their trainer <br> • Review what the trainer does and what they're there for | Supervisor | |
| Safety and equipment training is completed | Safety Coordinator | |
| Create building access card | | |
| Explain entry and exit security requirements | HR Admin | |
| Issue necessary keys; SOP-6.4.021 Key Control | Facility Manager | |
| | | |
| | | |

*Proprietary Information - Kenco*



| | Mars-Manteno | | | | |
|---|---|---|---|---|---|
| Document Number: **SOP-6.4.016** | Title: Onboarding Procedure | | | | |
| Original Date: 11/20/13 | Revision Date: 11/20/13 | Revision #: 0 | Effective Date: 11/30/13 | | 5 of 7 |

## First Week

The goal is to bring the new hire up to snuff to be productive, safe, and effective.

| Action To Be Taken | Action To Be Taken By Whom | Date Completed/ Comments |
|---|---|---|
| Meet with the new hire to set performance standard/expectations. | Supervisor | |
| Review the new hire's job description and organizational chart | Supervisor | |
| Explain department goals and takt board: <br> • Employee suggestion process | Supervisor | |
| Review departments' overall function, team members' responsibilities/job descriptions, and internal customers. <br> • How the new hire fits into the big picture | Operations manager | |
| Departmental SOPs and procedures, and goals and objectives. | Supervisor | |
| Ask them what they need from you to be successful. | Supervisor | |
| Review the Employee Well Being Website | HR Admin | |
| Send out a brief bio about them in an e-mail to the Manteno Team Businesses.com | Supervisor | |
| Set Goals and Development Plan to achieve in the first six months. CP-HR-6.2.2.005 and CP-HR-6.2.2.005-1 | Supervisor | |
| Ensure trainer and new hire are meeting and establishing a productive relationship | Operations manager | |
| KencoConnection.com http://www.kencoconnection.com www.mpcs-il.mp-hr.ref <br> • Employee perks <br> • MotivateMe <br> • Tuition Reimbursement <br> • Dave Ramsey's Financial Peace <br> • Holiday Schedule | Trainer or Supervisor | |
| | | |

*Proprietary Information - Kenco*



| | Mars-Manteno | | | | |
|---|---|---|---|---|---|
| Document Number: SOP-6.4.016 | Title: Onboarding Procedure | | | | |
| Original Date: 11/20/13 | Revision Date: 11/20/13 | Revision #: 0 | Effective Date: 11/30/13 | 6 of 7 | |

**At 90 days**

| Action To Be Taken | Action To Be Taken By Whom | Date Completed/ Comments |
|---|---|---|
| Review progress and objectives<br>Give feedback and verify how they are doing.<br>• Let them know how they are measuring up to your expectations (document your meeting) | Supervisor | |

## 6.0 DURING THE FIRST SIX MONTHS

**6.1** Revisit performance standards and work rules at regular intervals (monthly if possible). Let the associate know how his/her performance compares to your expectations. Provide feedback on areas they are meeting and/or exceeding your expectations as well as areas they are **not** meeting your expectations. Also, provide guidance on how to meet those expectations.

**6.2** Keep simple notes on these discussions, which outline topics discussed. They can help you complete the performance review at the 6 month and 1 year intervals and provide good discussion starters in the event of a performance problem.

**6.3** Ask the associate how you can help them do their job better or more efficiently (more training, office supplies etc...). This sets the tone for ongoing feedback in both directions.

**6.4** Remember: A significant investment of your time during this first 6 month period can pay huge dividends in the performance and overall success of this associate.

## 8.0 DOCUMENT RETENTION

Duration of employment.

## 10.0 RELATED PROCEDURES

CP-HR-6.2.2.005 Performance Management Process for Hourly Employees

*Proprietary Information - Kenco*



| Mars-Manteno | | | | |
|---|---|---|---|---|
| Document Number:<br>SOP-6.4.016 | Title:<br>Onboarding Procedure | | | |
| Original Date:<br>11/20/13 | Revision Date:<br>11/20/13 | Revision #:<br>0 | Effective Date:<br>11/30/13 | 7 of 7 |

## 11.0 REVISION TABLE

| Revision # | Revision Date | Description |
|---|---|---|
| 0 | 11/19/13 | New Release |
| | | |
| | | |
| | | |

*Proprietary Information - Kenco*



| Document Number: CP-HR-1002 | Title: Exempt Hiring Procedure | |
|---|---|---|
| Revision Date: 10/30/14 | Revision #: 01 | Effective Date: 11/15/14 |

| Approval: Author, Date | |
|---|---|
| *Marti Donovan* 10-30-14 | |
| Approval: QC, Date *Carlyn B* 10.30.14 | Approval: Author Group, Date *Eddy Reyes* 10-31-14 |

## PURPOSE

This document defines Kenco's procedure for posting, recruiting and filling exempt-level positions.

## SCOPE

This procedure applies to all Kenco facilities that hire exempt-level employees. This procedure does not apply to the hiring of non-exempt employees.

## DEFINITIONS

N/A

## PROCEDURE

1. **Roles and Responsibilities**

   a. **Executive Management** – perform approval authority duties for job openings and responsible for nominating candidates for Vice President levels and above.

   b. **CFO** – performs approval authority duties as described in this procedure

   c. **Kenco Management Services (KMS) – Director of Recruiting and Development** – performs approval authority duties throughout the exempt hiring process and responsible for the overall implementation and enforcement of this policy for the company.

   d. **KMS – Human Resources (HR) Recruiting Assistant** – performs duties outlined in this procedure to assure sites are notified of exempt job openings and that the exempt hiring process is followed through successful placement of a candidate.

   e. **KMS – Human Resources Employee Relations (ER) Administrative Assistant** – enters all exempt level background investigations into the company approved vendor's system.

   f. **EmployBridge Search (EBS) Recruiter** – provides third party recruiting services

   g. **Hiring Manager** – person responsible for hiring at the site and responsible for following the exempt hiring process outlined in this procedure.

   h. **Site Human Resources (HR) Administrator** – responsible for posting all internal openings at the site, scheduling interviews when necessary, and arranging pre-employment drug screens. In Canada, no drug screens will be performed.

   i. **Site Management** – responsible for the overall implementation and enforcement of policy at their assigned site(s). Performs duties as described in this procedure.

*Proprietary Information - Kenco*

EXHIBIT 16-22



| Document Number: | Rev # | Title: |
|---|---|---|
| CP-HR-1002 | 01 | **Exempt Hiring Procedure** |

     j.   **All Kenco Employees** – abide by the procedures outlined when applying for an exempt level job posting.

2.  The KMS-HR Recruiting Assistant is responsible for creating all exempt-level job postings.

3.  Exempt employees must have twelve (12) months tenure in their current position to be considered for positions up to and including the Director level. Exceptions must be approved by the Group President or Senior Vice President and the Director of Recruiting and Development. Each employee's record will be reviewed for any disciplinary and attendance occurrences. Employee files must be free of any disciplinary action for six (6) months in order to be considered for new postings.

4.  VP level and above positions will not be posted through the internal process. Those positions will be filled through nominations by VPs or above to be submitted to the Group President and CFO for final approval.

5.  Non-exempt employees applying for an exempt level position must have six (6) months tenure in their current position. Each employee's record will be reviewed for any disciplinary and attendance occurrences. Employee files must be free of any disciplinary action for six (6) months in order to be considered for new postings.

6.  All employees are required to notify their direct supervisor prior to applying for any exempt position. Employees may apply for one (1) open position at a time.

    a.  If employees are interested in multiple openings, they must select only one (1).

    b.  If an internal applicant is interested in a new posting, but has already applied for a different position, the applicant must notify the HR Recruiting Assistant as soon as possible in order to be removed from the first candidate pool. The applicant should then apply for the new posting per normal procedure through Kenco Connection.

    c.  Immediately following receipt of an internal application, the HR Recruiting Assistant will send an email to the supervisor of the applicant to ensure he/she is aware that the employee applied for an internal job posting.

7.  Posting Process

    a  The Hiring Manager will complete form *CP-HR-6.2.2.013-1 Exempt Job Posting Requisition Form*, obtain the required signatures, and submit the completed form along with a current job description to the HR Recruiting Assistant. Postings for both replacement and newly created positions must be approved by the Hiring Manager's immediate Supervisor/Manager, the Director or VP of Operations, and the CFO.
        i.  All exempt job postings will be posted by the 2nd business day after the HR Recruiting Assistant receives the required documents.
        ii.  For example: Job posting requests received by 5:00 p.m. on Monday will be posted by 5:00 p.m. on Wednesday of the same week; Job posting requests received by 5:00 p.m. on Wednesday will be posted by 5:00 p.m. on Friday of the same week.

    b.  Internal recruiting methods include postings on KencoConnection and site HR communication boards.
        i.  Internal job postings will remain posted for fourteen (14) consecutive calendar days.
        ii.  Site HR Administrators must post internal postings on site communication boards within 24 hours of internal communication.
        iii.  Positions that are posted internally <u>only</u>, Hiring Managers/Supervisors and/or Site HR Advocates are responsible for the hiring process, including screening resumes, scheduling all interviews, and communicating with applicants until the position is filled.



| Document Number: | Rev # | Title: |
|---|---|---|
| CP-HR-1002 | 01 | Exempt Hiring Procedure |

**NOTE: PLXSG assists with internal postings only when the position is posted externally as well.**

c.   External recruiting methods include postings on Kenco's public website and recruiting services provided by ProLogistix Search Group (PLXSG). External postings will remain open until the position is filled.

d.   The Hiring Manager will be contacted by the EBS Recruiter to schedule a job order call (JOC) within 24 hours of receiving a new job order from the HR Recruiting Assistant. The Kenco Hiring Manager must schedule the JOC within 24 hours of the opening of the order PLXSG will not begin the recruitment process until the JOC has taken place.

8.   Screening Process

a.   The HR Recruiting Assistant will screen the resumes of all internal applicants received during the fourteen (14) day posting period.
   i.   The resumes of qualified internal applicants will be forwarded to the EBS Recruiter for additional screening.
   ii.   All internal applicants who do not meet the job requirements at this step will be notified via email by the HR Recruiting Assistant.

b.   The PLXSG Recruiter will present three (3) to five (5) prescreened external candidates and any qualified internal candidates for the Hiring Manager's review within five (5) business days of the JOC.

c.   If the resumes submitted by the PLXSG Recruiter are unsatisfactory, the Hiring Manager must provide feedback to both the PLXSG Recruiter and the Director of Recruiting and Development within 24 hours. The PLXSG Recruiter will then work to supply additional candidates.

d.   At this time, if any internal candidates are unsatisfactory, the Hiring Manager should contact the General Manager at the site of each internal applicant to offer feedback on why they were not selected. The General Manager should then schedule a meeting with the internal applicant and his/her direct supervisor to provide appropriate feedback on career development.  After this conversation has taken place, a notification email must be sent by the General Manager to Corporate HR at jobs@kencogroup.com as an accountability measure for appropriate follow up with all internal applicants. The General Manager must copy the internal applicant and his/her direct supervisor on this email.

e.   If internal applicants are selected to move forward, their direct supervisors must be notified at this step and throughout the rest of the application process.

9.   Interviewing Process

a.   The PLXSG Recruiter will provide selected external applicants with a copy of *CP-HR-1002-2 Kenco Non-Driver Application* and will direct each applicant to forward the documents to the HR Recruiting Assistant prior to interview.

**b.**   The Hiring Manager is responsible for contacting the HR Recruiting Assistant and requesting background checks for final candidates. The HR Recruiting Assistant will give applications to the ER Administrative Assistant and will ensure each background check is processed. See *CP-HR-1026 Background Investigation Program* for further instructions.
   i.   **Successful completion of a background check must occur before a candidate is asked to travel for an interview.  This will eliminate the possibility of incurring travel expenses on a candidate who does not pass our background**



| Document Number: CP-HR-1002 | Rev # 01 | Title: Exempt Hiring Procedure |
|---|---|---|

**screening process.**

ii. **In Canada, background checks may only be performed after a written job offer has been extended. No drug screens will be allowed, per the Employment Standards Act.**

c. At the Hiring Manager's request, the PLXSG Recruiter will schedule a Predictive Index Test for each of the interview candidates within two (2) days of candidate selection. The results of this test will be provided to the Hiring Manager for additional insight.

d. It is recommended that each candidate be interviewed by at least four (4) of the approved interviewers listed in Attachment A; however, it is required to have a minimum of two (2) interviewers.

e. The initial interview, by telephone or in person, will be conducted within seven (7) business days of candidate submittal by the PLXSG Recruiter.

f. The Site Manager, PLXSG Recruiter, and Site HR Administrator will coordinate to schedule interviews for all site positions. At the Hiring Manager's request, the PLXSG Recruiter will schedule in-person interviews with all internal and external candidates.

g. Each interviewer must complete form *CP-HR-1002-5 Exempt Candidate Evaluation Form* immediately after the interview and forward to the Hiring Manager within one (1) business day of the interview.

h. The Hiring Manager must utilize these forms to aid in making an informed decision on each candidate. The Hiring Manager must keep a copy of each form, either electronically or manually, to be filed with each job posting. This can be handled by the Site HR Administrator, if necessary.

10. Candidate Selection

a. Pending successful completion of the background check (external candidates only, except in Canada), the Hiring Manager will complete *CP-HR-1002-4 Offer Letter Summary Form* and send it to the HR Recruiting Assistant.

   i. If an internal applicant is selected, the Hiring Manager should contact the applicant's direct supervisor to negotiate a start date.

   ii. If a relocation allowance is requested, the Hiring Manager will include the relocation allowance amount and the date that the funds are needed for the new hire/transfer on the Offer Letter Summary Form. The form is then forwarded to their Vice President (VP) for approval; if the Hiring Manager is a VP, he/she can approve the relocation request provided it does not exceed the relocation allowance maximum.

      1. If the VP deems the relocation amount acceptable, he/she will sign or approve via email the *Offer Letter Summary Form* and forward it to the HR Recruiting Assistant.

      2. If the VP deems the relocation amount unacceptable, he/she will contact the Hiring Manager to discuss the situation.

   iii. Maximum relocation allowance amounts by job category and relocation distance have been provided to senior management. If the VP wishes to offer a relocation allowance exceeding the maximum amount for the job category and distance, he/she must obtain approval via email from the President of the appropriate Kenco LLC as well as the President – KMS.

      1. If both Presidents deem the relocation amount acceptable, they will sign or approve via email the *Offer Letter Summary Form* and forward it to the HR Recruiting Assistant.



| Document Number: | Rev # | Title: |
|---|---|---|
| CP-HR-1002 | 01 | Exempt Hiring Procedure |

       2.  If either President deems the relocation amount unacceptable, he/she will contact the VP to discuss the situation.

    iv.  Relocation allowances will be provided as a lump sum amount to facilitate a move and are designed to offset various costs that will be incurred in the relocation process.

       1.  In the United States, the lump sum payment is considered taxable income and will be treated as such.

         a.  The relocation allowance will be paid **Net** of income tax, social security tax, and Medicare tax.

       2.  In Canada, the lump sum payment is not considered taxable.

         a.  Consult the Employment Standards Act for specific expenses that are considered not taxable when relocating for employment purposes.

       3.  The allowance should be used to cover the following costs, including, but not limited to:

         a.  Transportation, lodging, meals for house hunting and temporary living expenses

         b.  Lease-break expenses and new-lease expenses

         c.  Transportation of household goods and vehicles

         d.  Miscellaneous expenses associated with relocation

           i.  Utility and cable connection

           ii.  Driver's License fee

           iii.  Vehicle registration, etc.

       4.  The employee must remain employed with Kenco on a regular, full-time basis for at least one year after their hire or transfer date.

         a.  If the employee resigns or his/her employment is terminated for cause prior to the one year period referenced above, the employee will be required to repay the relocation amount on a prorated basis.

b.  Pending successful completion of the background check (except in Canada), the HR Recruiting Assistant prepares the Offer Letter and emails to the Hiring Manager including the *Relocation Expense Repayment Agreement* (if applicable). The Hiring Manager will sign and extend the finalized Offer Letter to the selected candidate.

    i.  If the offer is accepted, the Hiring Manager or Site HR Administrator will arrange for a pre-employment drug screen and return the signed Offer Letter (including *Relocation Expense Repayment Agreement* when applicable) to the HR Recruiting Assistant immediately. If all criteria in *CP-HR-1025 Drug Screen Procedure* are not met, the Hiring Manager will rescind the offer and the candidate's hiring process is terminated (external hires only).

       1.  In Canada, no drug screening will be allowed, per the Employment Standards Act.

       2.  In Canada, a background check may be requested after the written offer of employment is accepted.

    ii.  If the prospective employee requests a modification to the offer, the Hiring Manager will discuss with the approving VP and if approved, will repeat Section 4.4.1.

    iii.  If the offer is declined, the Hiring Manager will repeat Section 4.4 above for the second selected candidate. If no alternate candidate is available, the EBS Recruiter will work to provide a new selection of candidates.

c.  Upon receipt of the signed Offer Letter and Relocation Expense Repayment Agreement, the HR Recruiting Assistant will obtain the final approval of the Director of Recruiting and Development.

    i.  Payroll will not process the Offer Letter without the signature of the prospective/transfer employee and the Director of Recruiting and Development on



| Document Number: CP-HR-1002 | Rev # 01 | Title: Exempt Hiring Procedure |
|---|---|---|

the Offer Letter and the Relocation Expense Repayment Agreement. If the Director of Recruiting and Development is not available to sign the agreement, an email approval from the Director of Recruiting and Development will be sufficient.

    d. The HR Recruiting Assistant will forward the signed Offer Letter to the appropriate KMS-HR Payroll Supervisor via a flagged email.
        i. The Payroll Supervisor will generate the check with the appropriate withholding and forward it to the employee or will process with the employee's first payroll direct deposit.

11. All new employees must complete their part of the new hire paperwork through the HRIS Onboarding Program before end of business on their first day of work with Kenco.
    a. In Canada, all new hire paperwork must be completed by end of business on the first day of work.

12. All employer-related new hire paperwork must be completed by the Site HR Administrator through the HRIS Onboarding Program within the first three (3) days of employment.

13. External candidates who are not extended an offer will be notified by the PLXSG Recruiter.

14. Internal candidates who are not extended an offer should be notified as soon as possible; however, the maximum timeframe for internal notification is 5 business days from the time the position is filled.
    a. The Hiring Manager should contact the General Manager at the site of each internal applicant to offer feedback on why they were not selected. The General Manager should then schedule a meeting with the internal applicant and his/her direct supervisor to provide appropriate feedback on career development. After this conversation has taken place, a notification email must be sent by the General Manager to Corporate HR at jobs@kencogroup.com as an accountability measure for appropriate follow up with all internal applicants. The General Manager must copy the internal applicant and his/her direct supervisor on this email.

## REFERENCES

*CP-HR-1002-1 Exempt Job Posting Requisition Form*
*CP-HR-1002-2 Kenco Non-Driver Application*
*CP-HR-1002-4 Offer Letter Summary Form*
*CP-HR-1002-5 Exempt Candidate Evaluation Form*
*CP-HR-1025 Drug Screen Procedure*
*CP-HR-1026 Background Investigation Program*

## HISTORY

| Revision Number | Date | Description of Revision |
|---|---|---|
| 00 | 02/25/14 | • This document replaced CP-HR-6.2.2.013 revision 5<br>• Added information to 3 and 5 about attendance and disciplinary action. Changed EBS Recruiting to ProLogistix Search Group (PLXSG). Changed template. |
| 01 | 10/30/14 | • Changed reference numbers throughout document. |

# CP-HR-1002 Attachment A:
## Approved Interviewers by Position

**Kenco Project Manager**
1. VP of Quality/Best Practices
2. Director of Quality/Best Practices
3. Quality/Best Practices Engineer
4. Director of HR
5. Manager of HR
6. VP of Operations
7. Director of Operations

**Kenco Engineer**
1. VP of Quality/Best Practices
2. Director of Quality/Best Practices
3. Quality/Best Practices Engineer
4. Director of HR
5. Manager of HR
6. VP of Operations
7. Director of Operations

**Kenco Quality Auditor**
1. VP of Quality/Best Practices
2. Director of Quality/Best Practices
3. Quality/Best Practices Engineer
4. Director of HR
5. Manager of HR
6. VP of Operations
7. Director of Operations
8. Director of Sales/Marketing

**Kenco Finance/Accounting**
1. Director of Corp. Sourcing and Internal Audit
2. Controller
3. Director of Operations
4. Manager of Operations
5. Director of HR
6. Manager of HR

**Kenco IT**
1. VP of Information Technology
2. Information Technology Manager
3. Director of HR
4. Manager of HR
5. HR Generalist
6. Quality/Best Practices Engineer
7. Director of Operations

**Site Operations Manager**
1. Site VP of Operations
2. Site Director of Operations
3. Site Manager
4. Director of HR
5. Manager of HR
6. VP of Quality/Best Practices
7. Director of Quality/Best Practices

**Site General Manager**
1. Site VP of Operations
2. Site Director of Operations
3. Director of HR
4. Manager of HR
5. HR Generalist
7. VP of Quality/Best Practices
8. Director of Quality/Best Practices

**Site Supervisor**
1. Site General Manager
2. Site Operations Manager
3. Site Manager
4. Director of HR
5. HR Generalist
6. Project Manager



February 13, 2015


Dear Morris Tyson

Congratulations!  We are pleased to confirm our offer for a full-time position with Exel effective **March 2, 2015**. This offer is contingent upon the execution of a signed contract with Mars which is expected prior to this transition date. You are also required to attend a new hire orientation. The date, location, and time of the new hire orientation will be announced soon. You will be paid for this time after you start with Exel.

Please review the following and indicate your acceptance by signing this copy and returning it to Amanda Dibblee, Human Resources or any of the other Exel HR representatives on site.  Please return it as soon as possible, but no later than **Monday, February 16, 2015.**

|  |  |
|---|---|
| Title: | Yard Driver |
| Location: | **Mars/Exel /Manteno, IL** |
| Shift: | Wed – Sat 5:00am – 3:00pm |
| Hourly Rate: | $18.50** |

**If this rate is above Exel's Wage Progression, you will be paid this rate for a period of one year or until you reach Exel's wage rate, whichever is sooner.   If after the one year, you are still above Exel's Wage Progression; your hourly rate will be no less than the 48 month step in your job category of the wage progression.

You will maintain your Kenco service date for the purpose of Health Benefits and Vacation. Your vacation eligibility for 2015 will be pro-rated based on your start date of March 2, 2015.

If you have any additional questions, please contact Amanda Dibblee, 630.338.2374.

Sincerely,


Exel Human Resources




I accept the position of a Full-Time Regular Exel associate.



_____                    _____
Signature                                           Date

Exhibit 28



### ILLINOIS DEPARTMENT OF
# Human Rights

Bruce Rauner, Governor
Janice Glenn, Acting Director

### ARNOLD BROWNLEE v. KENCO LOGISTIC SERVICES
### IDHR CHARGE NO.: 2015CA1464

Enclosed are true and correct copies of documents from the Illinois Department of Human Rights file, made and kept in the ordinary course of business, regarding the above-referenced charge filed with the Department.

*Amalia Martinez*

AMALIA MARTINEZ
FREEDOM OF INFORMATION OFFICER

_1/10/17_
DATE:

**SUBSCRIBED and SWORN to before me**

This _10th_ day of _January_ 2017.

_Donna M Evans_
**NOTARY PUBLIC**



OFFICIAL SEAL
DONNA M EVANS
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:06/03/18

100 West Randolph Street, Suite 10-100, Chicago, IL 60601, (312) 814-6200, TTY (217) 785-5125, Housing Line (800) 662-3942
222 South College Street, Room 101, Springfield, IL 62704, (217) 785-5100
2309 West Main Street, Marion, IL 62959, (618) 993-7463
www.illinois.gov/dhr

> EXHIBIT
>
> _____

Exhibit

Juarez, Maria F.

| From: | Elliott, Jay <JAY.ELLIOTT@Kencogroup.com> |
|---|---|
| Sent: | Wednesday, March 04, 2015 3:39 PM |
| To: | Juarez, Maria F. |
| Subject: | RE: Brownlee v. Kenco 2015CA1464 |

Tammi Fowler
7222 Sims Road
Harrison, TN 37341
423-344-0624

Lori Varvel
32 Jordan Drive
Bourbonnais,, IL  60914
(815) 614-9112

Steve Strungell
He was a temporary employee, and we do not keep files on temps

Carl Conway
1925 E. Linden
Kankakee, IL  60901
No phone number on file

Stacy Bushey
1436 W. State Route 102
Bourbonnais, IL  60914
No phone number on file

**From:** Elliott, Jay
**Sent:** Wednesday, March 04, 2015 12:13 PM
**To:** Juarez, Maria F.
**Subject:** RE: Brownlee v. Kenco 2015CA1464

Thank you for your e-mail, Maria. FYI -- Kenco is no longer at the Manteno site; the customer (Mars) did not re-new our contract. Kenco exited the site this past Saturday. As a result, all witnesses you list below are no longer Kenco employees (indeed, nobody previously employed by Kenco at the Manteno site is a Kenco employee any longer). Unless I hear differently from you, I will forward to you the last known home addresses and phone numbers for the witnesses below. I will also but the 4/15 fact-finding conference on my calendar, for now. Please let me know, however, as soon as you can, if you end up cancelling the fact-finding conference. Alternatively, can you let me know if I could participate by telephone (instead of travelling from Chattanooga, TN)?

**From:** Juarez, Maria F. [mailto:Maria.F.Juarez@Illinois.gov]
**Sent:** Wednesday, March 04, 2015 12:01 PM
**To:** Elliott, Jay
**Subject:** Brownlee v. Kenco 2015CA1464

Good morning. I've been assigned the above captioned case for investigation. I am a neutral party and my duty is to investigate the allegations made in the Complainant's charge.

1

I have scheduled a fact-finding conference for April 15, 2015, at 9:00 a.m. at the James R. Thompson Center, 100 West Randolph Street, Suite 10-100, Chicago, IL 60601. I am requesting that Steve Strungll, Carl Conway, Stacy Bushey, and a Human Resources representative be present at the conference.  Please provide the name and job title of the HR representative who will attend.  The conference should not last more than two hours.

I am required to relay that failure by Respondent to be present on the date of the conference may result in a finding of default.

Please confirm the Respondent's attendance by March 16, 2015.

Respectfully,

Maria Juarez
Investigator II
Charge Processing Division
Illinois Department of Human Rights
100 W. Randolph St. Ste. 10-100
Chicago, IL 60601
312-814-6238
312-814-6251 fax
maria.f.juarez@illinois.gov

**Confidentiality Notice:** This e-mail transmission (and/or documents accompanying such) may contain confidential information. Such information is intended only for the use of the individual or entity named above. If you are not the named or intended recipient, you are hereby notified that any such disclosure, copying, distribution, or the taking of any action in reliance on the contents of such information is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by telephone to arrange for the secure return of the documents.

2



ILLINOIS DEPARTMENT OF
# Human Rights

Bruce Rauner, Governor
Janice Glenn, Acting Director

## HENRY VERNON V. KENCO LOGISTIC SERVICES
## IDHR CHARGE NO.: 2015CF2497

Enclosed are true and correct copies of documents from the Illinois Department of Human Rights file, made and kept in the ordinary course of business, regarding the above-referenced charge filed with the Department.

YOLANDA G. GODWIN
FREEDOM OF INFORMATION OFFICER

DATE: 10/14/16

**SUBSCRIBED and SWORN to before me**

THIS _14th_ DAY of _November_, 2016.

_Donna M. Evans_
**NOTARY PUBLIC**

> OFFICIAL SEAL
> DONNA M EVANS
> NOTARY PUBLIC - STATE OF ILLINOIS
> MY COMMISSION EXPIRES:06/03/18

100 West Randolph Street, Suite 10-100, Chicago, IL 60601, (312) 814-6200, TTY (217) 785-5125, Housing Line (800) 662-3942
222 South College Street, Room 101, Springfield, IL 62704, (217) 785-5100
2309 West Main Street, Marion, IL 62959 (618) 993-7463
www.illinois.gov/dhr

# Exhibit S

**Brown, Laveppia J.**

| | |
|---|---|
| **From:** | Elliott, Jay <Jay.Elliott@kencogroup.com> |
| **Sent:** | Monday, October 12, 2015 9:28 AM |
| **To:** | Brown, Laveppia J. |
| **Subject:** | RE: Henry v. Kenco Logistics 2015LF2497 |
| **Attachments:** | 4913_001.pdf; 4914_001.pdf |

My calendar now has a conflict on 11/19, so I would need to do 11/10. Current Kenco employee Lon Vance would be able to attend a fact-finding conference on 11/10. NOTE – she was not employed by Kenco until after Mr. Henry was terminated, so I am not sure what value her attendance in person at the fact finding conference will provide. I will be the Kenco representative answering the charge, including the specific allegations therein.

Following up on previous e-mail correspondence between you and me:

David Kistler can be reached through me. He is still employed by Kenco as a manager. Last known home addresses and phone numbers for the other folks you referenced are below.

On a related note, I have attached the latest Notices of Dismissal for Lack of Substantial Evidence for Mr. Henry's last two charges. As you can see, the current Henry charge to which you are assigned is almost a duplicate of the same allegations in the previous two charges. So the Department has already considered almost all of the substance of the current charge, and rejected it. Maybe they will have an effect on the course of your current investigation.

The only new allegations in the current charge are (1) Kenco discriminated against Mr. Henry by submitting the wrong paperwork to the Illinois Department of Employment Security in response to Mr. Henry's application for unemployment compensation benefits; and (2) Kenco discriminated against Mr. Henry by failing to provide to him a copy of his personnel file. I have responded to those allegations in Kenco's position statement. And I'm happy to discuss them at the fact-finding conference.

Maria Lopez
9161 Montana Park Dr
Ardson, TN 37302
(423) 336-4842

Tamara Fowler
7272 Sims Rd
Harrison, TN 37341
(423) 344-3624

Kelvin Walsh
127 Callan Ave
Evanston, IL 60202
**No phone number provided**

Mike Maurehr
275 Lake St
South Wilmington, IL 60474
(815) 342-9483

Melissa Hamer

**From:** Brown, Laveppia J. [mailto:Laveppia.J.Brown@Illinois.gov]
**Sent:** Monday, January 11, 2016 10:14 AM
**To:** Elliott, Jay <Jay.Elliott@Kencogroup.com>
**Subject:** FW: Henry v. Kenco

Will she be able to come in on the 20th at 1p?

**From:** Brown, Laveppia J.
**Sent:** Monday, January 11, 2016 9:11 AM
**To:** 'Elliott, Jay'
**Subject:** RE: Henry v. Kenco

Hi,

No, the conference would not take place on today. Ms. Varvel will come in on the reschedule date.

**From:** Elliott, Jay [mailto:Jay.Elliott@Kencogroup.com]
**Sent:** Monday, January 11, 2016 9:09 AM
**To:** Brown, Laveppia J.
**Subject:** RE: Henry v. Kenco

She and I could do 1/20 at 1:00 central. Are you continuing the fact finding conference today until then? Or are you talking about a separate interview of Ms. Varvel on that date (after the fact finding conference we would still do today)?

**Jay Elliott**
Vice President - Legal
2001 Riverside Drive • Chattanooga, TN  37406
Office: 423-643-3398 • Mobile: 423-227-9182



**KENCO**

*The information contained in this electronic communication and any accompanying document is confidential and is intended only for the use of the addressee. Unauthorized use, disclosure or copying of this communication, or any part of it, is strictly prohibited and may be unlawful. If you have received this communication in error, please notify the sender immediately by return email, and destroy this communication and all copies of it, including all attachments.*

**From:** Brown, Laveppia J. [mailto:Laveppia.J.Brown@Illinois.gov]
**Sent:** Monday, January 11, 2016 10:00 AM
**To:** Elliott, Jay <Jay.Elliott@Kencogroup.com>
**Subject:** RE: Henry v. Kenco

Good morning,

Will you please check to see if she is available for January 20, 2016 at 1:00 p.m. or January 21, 2016 @ 3:00 p.m. Thank you.

**From:** Elliott, Jay [mailto:Jay.Elliott@Kencogroup.com]
**Sent:** Monday, January 11, 2016 7:29 AM
**To:** Brown, Laveppia J.
**Subject:** FW: Henry v. Kenco

Lori Varvel had a work emergency come up, and so she will not be able to attend the fact finding conference today. But I will still attend by phone. As I explained previously, I'm not sure there's anything Lori would say that I can't say. She did not begin her employment with Kenco until after Mr. Henry was terminated. Anyway, if you believe you will still need to talk to her after the fact-finding conference, then we can set up a call. Please let me know if you have any questions. Otherwise I will call in for the fact finding conference today at 1:00 central. Thanks.

**Jay Elliott**
Vice President - Legal
2001 Riverside Drive • Chattanooga, TN 37406
Office: 423-643-3398 • Mobile: 423-227-9182



*The information contained in this electronic communication and any accompanying document is confidential and is intended only for the use of the addressee. Unauthorized use, disclosure or copying of this communication, or any part of it, is strictly prohibited and may be unlawful. If you have received this communication in error, please notify the sender immediately by return email, and destroy this communication and all copies of it, including all attachments.*

**From:** Brown, Laveppia J. [mailto:Laveppia.J.Brown@Illinois.gov]
**Sent:** Wednesday, December 23, 2015 1:01 PM
**To:** Elliott, Jay <Jay.Elliott@Kencogroup.com>
**Subject:** RE: Henry v. Kenco

Good morning,

Please see the attached for your records. Thank you so much for your cooperation. The telephone number that you will need to call in to is 312-814-4628. Enjoy your holiday season.

**From:** Elliott, Jay [mailto:Jay.Elliott@Kencogroup.com]
**Sent:** Monday, December 21, 2015 11:21 AM
**To:** Brown, Laveppia J.
**Subject:** RE: Henry v. Kenco

1/11 at 1:00 works for us.  I would be participating by telephone but Lori Varvel can attend in person.  1/14 does NOT work for us.

**Jay Elliott**
Vice President - Legal
2001 Riverside Drive • Chattanooga, TN 37406
Office: 423-643-3398 • Mobile: 423-227-9182

*The information contained in this electronic communication and any accompanying document is confidential and is intended only for the use of the addressee. Unauthorized use, disclosure or copying of this communication, or any part of it, is strictly prohibited and may be unlawful. If you have received this communication in error, please notify the sender immediately by return email, and destroy this communication and all copies of it, including all attachments.*

**From:** Brown, Laveppia J. [mailto:Laveppia.J.Brown@Illinois.gov]
**Sent:** Monday, December 21, 2015 11:01 AM

**Rebekah Funk**

| | |
|---|---|
| **From:** | Coffey, Robert |
| **Sent:** | Monday, March 03, 2014 6:18 PM |
| **To:** | Moore, Todd |
| **Subject:** | RE: High Importance- Manteno WMS Implementation Status |

Agreed – We discussed Nate in particular this morning and Kelvin will be holding him accountable – if he is not getting it he will not be around to bring the site down – the other two that Russ had mentioned have been following the training and the story has changed on them. The team will be giving each associate a scorecard and grade on training which is on schedule.

This is the first I heard of the yard utilization and load ready times and after discussion with Kelvin – He confirmed that the yard utilization is status quo for the site and does not see it as a risk- the 200 yard spaces that we have available has always been fully utilized and will continue to be. The load ready times are related to the CPU customers and I've asked for a list of the offenders due to CPU issues and will have the team address them now rather than later.

The area of concern has been and continues to be the co-pack area. John Lella will be here this evening and we will be working to solve this issue this week. I will follow up with Anthony to ensure that I am consulted on the scorecard moving forward.

Regards,

**Robert Coffey**
**Regional Distribution Manager – Midwest**
**Chicago Plant**
**2019 North Oak Park Ave,**
**Chicago, IL 60707**

**M:** 773-892-7735
**E:** robert.coffey@effem.com

**From:** Moore, Todd
**Sent:** Monday, March 03, 2014 3:49 PM
**To:** Coffey, Robert
**Subject:** FW: High Importance- Manteno WMS Implementation Status

PLEASE make sure your hand is on this readiness report prior to sending out. Also, we do not need ISI warning the business of Kenco's ability "to make load ready times and maintain yard utilization". You need to be more hands on and require others to bounce concerns off you early and often.

How do you feel?

**From:** Iuvone, Anthony
**Sent:** Monday, March 03, 2014 4:45 PM
**To:** Moore, Todd; Dostal, Russell; Coffey, Robert; Fischer, Brandi
**Subject:** RE: Manteno WMS Implementation Status Update



EXHIBIT

1

DEF000534

## Rebekah Funk

| | |
|---|---|
| **From:** | Coffey, Robert |
| **Sent:** | Monday, March 03, 2014 6:18 PM |
| **To:** | Moore, Todd |
| **Subject:** | RE: High Importance- Manteno WMS Implementation Status |

Agreed – We discussed Nate in particular this morning and Kelvin will be holding him accountable – if he is not getting it he will not be around to bring the site down – the other two that Russ had mentioned have been following the training and the story has changed on them.  The team will be giving each associate a scorecard and grade on training which is on schedule.

This is the first I heard of the yard utilization and load ready times and after discussion with Kelvin – He confirmed that the yard utilization is status quo for the site and does not see it as a risk- the 200 yard spaces that we have available has always been fully utilized and will continue to be.  The load ready times are related to the CPU customers and I've asked for a list of the offenders due to CPU issues and will have the team address them now rather than later.

The area of concern has been and continues to be the co-pack area.  John Lella will be here this evening and we will be working to solve this issue this week.  I will follow up with Anthony to ensure that I am consulted on the scorecard moving forward.

Regards,

**Robert Coffey**
**Regional Distribution Manager - Midwest**
**Chicago Plant**
**2019 North Oak Park Ave,**
**Chicago, IL 60707**

**M:** 773-892-7735
**E:** robert coffey@effem com

**From:** Moore, Todd
**Sent:** Monday, March 03, 2014 3:49 PM
**To:** Coffey, Robert
**Subject:** FW: High Importance- Manteno WMS Implementation Status

PLEASE make sure your hand is on this readiness report prior to sending out.  Also, we do not need ISI warning the business of Kenco's ability "to make load ready times and maintain yard utilization".  You need to be more hands on and require others to bounce concerns off you early and often.

How do you feel?

**From:** Iuvone, Anthony
**Sent:** Monday, March 03, 2014 4:45 PM
**To:** Moore, Todd; Dostal, Russell; Coffey, Robert; Fischer, Brandi
**Subject:** RE: Manteno WMS Implementation Status Update



1

DEF000534

## Rebekah Funk

| | |
|---|---|
| **From:** | Coffey, Robert |
| **Sent:** | Friday, June 06, 2014 9:33 AM |
| **To:** | Fron, Keith; Maggio, Jennifer |
| **Cc:** | Steele, Gordon; david.jabaley@kencogroup.com; Moore, Todd |
| **Subject:** | RE: Jacobson Incident |

Thanks for your attention to this matter Keith- Unfortunately this site has a history of incidents that this will cause others to jump to conclusions.

David/Keith - I understand that Kenco and Jacobson have instituted several countermeasure such as additional/upgrade to the cameras, a new guard service, with additional coverage, gate arms, etc... Given the history of the site and this most recent incident, I would like to see additional supervision / security presence of the Jacobson Associates- especially during breaks/shift change - this was called out as a risk especially in peak season in our debrief and will need to be addressed.  Please work together to ensure that the safety and security of the associates is a top priority.

Keith- Please continue partner with Kenco and let me know if you have any questions or concerns.

Regards,

Robert Coffey

Mars Chocolate, North America
Regional Distribution Manager  - Midwest Chicago Plant
2019 North Oak Park Ave,
Chicago, IL 60707


M: 773-892-7735
E: robert.coffey@effem.com


-----Original Message-----
From: Fron, Keith [mailto:Keith.Fron@jacobsonco.com]
Sent: Thursday, June 05, 2014 11:05 PM
To: Maggio, Jennifer
Cc: Steele, Gordon; Coffey, Robert; david.jabaley@kencogroup.com
Subject: Re: Jacobson Incident



Jennifer,

All are ok just a little shook up. Site security has been informed of his dismissal. The staffing agency was present during the event as it was shortly after shift change.

In my morning staff meeting we will review our policy for handling potential threats and personal safety to determine potential improvement opportunities for handling threats.

DEF001058

**Exit Interview**

| Date Completed: | |
|---|---|

**Employee Information**

| Employee Name: | *Tom White* | Title: | *Supervisor* |
|---|---|---|---|
| Hire Date: *9-27-99* | | Termination Date: | *resignation 4-14-14* |
| Location: *MARS - MANTENO* | | Supervisor/Manager: | |
| Gender: *male* | Age: *48* | Rate: | Race: *white* |

Reason for termination:
*Resigned*

---

| 1. Kenco was a great place to work. | ☐ Strongly Agree | ☐ Agree | ☐ Disagree | ☐ Strongly Disagree | ☐ N/A |
|---|---|---|---|---|---|

Comments:
*I want to say yes but it is hard for me to say after the way I was treated*

---

| 2. Management was accessible and approachable. | ☐ Strongly Agree | ☒ Agree | ☐ Disagree | ☐ Strongly Disagree | ☐ N/A |
|---|---|---|---|---|---|

Comments:
*GM yes*
*GM no - GM seemed like you were bothering him and had little time to listen to you when I did talk to him it seemed like he wasn't ever listening*

---

| 3. I was always informed of changes in company policies and practices. | ☐ Strongly Agree | ☒ Agree | ☐ Disagree | ☐ Strongly Disagree | ☐ N/A |
|---|---|---|---|---|---|

Comments:

---

| 4. Managers / supervisors communicated with employees on a timely basis. | ☐ Strongly Agree | ☐ Agree | ☒ Disagree | ☐ Strongly Disagree | ☐ N/A |
|---|---|---|---|---|---|

Comments:
*For the most part with the floor employees but not so much with the supervisors. Instead of giving me a huge write up for all the things I was doing wrong all at once. They could have let me know what ahead of time.*

---

| 5. Managers / supervisors were fair and consistent. | ☐ Strongly Agree | ☒ Agree | ☐ Disagree | ☐ Strongly Disagree | ☐ N/A |
|---|---|---|---|---|---|

*time things could impro*

Comments:
*All of the supervisors should have been wrote up if everything was true in my write up. Because we were all performing the same and I don't believe that they were written up.*

---

| 6. I was fairly compensated for the work I did. | ☒ Strongly Agree | ☐ Agree | ☐ Disagree | ☐ Strongly Disagree | ☐ N/A |
|---|---|---|---|---|---|

Comments:

---

| 7. I was given enough information about the company and the job. | ☐ Strongly Agree | ☒ Agree | ☐ Disagree | ☐ Strongly Disagree | ☐ N/A |
|---|---|---|---|---|---|

Comments:

EXHIBIT
23-26

| 8. The job was challenging. | ☐ Strongly Agree | ☒ Agree | ☐ Disagree | ☐ Strongly Disagree | ☐ N/A |
|---|---|---|---|---|---|
| Comments: | | | | | |

| 9. I was given sufficient training to perform my job satisfactorily. | ☐ Strongly Agree | ☒ Agree | ☐ Disagree | ☐ Strongly Disagree | ☐ N/A |
|---|---|---|---|---|---|
| Comments: | | | | | |

| 10. There was opportunity for advancement. | ☐ Strongly Agree | ☒ Agree | ☐ Disagree | ☐ Strongly Disagree | ☐ N/A |
|---|---|---|---|---|---|
| Comments: | | | | | |

| 11. I had the opportunity to learn new skills. | ☐ Strongly Agree | ☒ Agree | ☐ Disagree | ☐ Strongly Disagree | ☐ N/A |
|---|---|---|---|---|---|
| Comments: | | | | | |

| 12. I received regular feedback about my job performance. | ☐ Strongly Agree | ☐ Agree | ☐ Disagree | ☒ Strongly Disagree | ☐ N/A |
|---|---|---|---|---|---|
| Comments: Never was told good job, and never had anything encouraging to say to me. I was hardly ever told how I was doing. I should say I was never told good job one or die | | | | | |

| 13. The company provided a safe work environment. | ☐ Strongly Agree | ☒ Agree | ☐ Disagree | ☐ Strongly Disagree | ☐ N/A |
|---|---|---|---|---|---|
| Comments: | | | | | |

| 14. The company provided the appropriate equipment for me to do my job. | ☐ Strongly Agree | ☒ Agree | ☐ Disagree | ☐ Strongly Disagree | ☐ N/A |
|---|---|---|---|---|---|
| Comments: | | | | | |

| 15. The working conditions were satisfactory (i.e. ventilation, lighting, restrooms, eating facilities). | ☐ Strongly Agree | ☒ Agree | ☐ Disagree | ☐ Strongly Disagree | ☐ N/A |
|---|---|---|---|---|---|
| Comments: | | | | | |

| 16. Ethical and honest behavior was always displayed in the workplace. | ☐ Strongly Agree | ☐ Agree | ☒ Disagree | ☐ Strongly Disagree | ☐ N/A |
|---|---|---|---|---|---|
| Comments: | | | | | |

| 17. The workplace was free of discrimination of any kind. | ☐ Strongly Agree | ☐ Agree | ☒ Disagree | ☐ Strongly Disagree | ☐ N/A |
|---|---|---|---|---|---|

Comments:

Like I wrote in the comments field on the first page. I was the only supervisor wrote up for the same performance. 90% of the stuff in the write up was inaccurate, which led me to resign

| 18. The company benefit plan was fully explained to me at the beginning of my employment | ☒ Strongly Agree | ☐ Agree | ☐ Disagree | ☐ Strongly Disagree | ☐ N/A |
|---|---|---|---|---|---|

Comments:

| 19. My benefit plan met my needs. | ☐ Strongly Agree | ☒ Agree | ☐ Disagree | ☐ Strongly Disagree | ☐ N/A |
|---|---|---|---|---|---|

Comments:

| 20. The company could have done something different to keep me. | ☒ Strongly Agree | ☐ Agree | ☐ Disagree | ☐ Strongly Disagree | ☐ N/A |
|---|---|---|---|---|---|

Comments:

The OM or the GM did not want to even go into detail about the write up. Nor could they explain to me why some of the stuff was in the write up.

| 21. I would consider returning to work for Kenco. | ☒ Strongly Agree | ☐ Agree | ☐ Disagree | ☐ Strongly Disagree | ☐ N/A |
|---|---|---|---|---|---|

Comments:

| 22. I would recommend Kenco to a friend looking for employment. | ☒ Strongly Agree | ☐ Agree | ☐ Disagree | ☐ Strongly Disagree | ☐ N/A |
|---|---|---|---|---|---|

Comments:

**23. Are there any issues Human Resources or the executive staff should be aware of?**

Comments:

The GM told me I needed to be more of an asshole. He told me that on my last day. Those words made my mind up to leave Kenco.

**24. What are your plans after leaving the company?**

Comments:

Look for another job

**25. Is there anything else you would like to add?**

Comments:

You don't have to be an asshole to get a job done or to be successful. You do it by treating people with honesty and respect. I worked in that building for over 15 yrs and it is very disheartening to leave this way. It really ripped my heart and soul to receive a write up so untrue and inaccurate after all the hard work I have done.

## Rebekah Funk

| | |
|---|---|
| **From:** | Coffey, Robert |
| **Sent:** | Wednesday, September 24, 2014 4:28 PM |
| **To:** | Moore, Todd;Helveston, Andrew;Sheldon, Steven;Weisel, Gabi |
| **Subject:** | RE: Manteno HR Manager |

It's been identified as a root cause that leadership at the site is lacking and needs to be addressed immediately. The talent pool in that area is difficult to attract as has been validated by the hard time that we have been having recruiting with any open roles (management, hourly, etc... )  the addition of the co-pack liaison has paid dividends as we have not heard of many stir ups from that side of the wall lately and I would like to believe that if we have these individuals identified by Kenco below that we can address the leadership and accountability at the site which it is severely lacking – I believe that any provider that would be introduced to this site would have to add similar roles to be successful.

Regards,

**Robert Coffey**

**Mars Chocolate, North America**
**Regional Distribution Manager  - Midwest**
**Chicago Plant**
**2019 North Oak Park Ave,**
**Chicago, IL 60707**



**M:** 773-892-7735
**E:** robert.coffey@effem.com

**From:** Moore, Todd
**Sent:** Wednesday, September 24, 2014 2:28 PM
**To:** Helveston, Andrew; Sheldon, Steven; Weisel, Gabi; Coffey, Robert
**Subject:** FW: Manteno HR Manager

They are asking for approval to add to the overhead costs.  As a reminder, I previously agreed to the manager to work with co-pack and the floor outside current year budget.  HR is a shared resource at ABW and Exel.  Romark has a dedicated HR Manager for both Waco and Hazelton.  I agree an HR Manager on site is desperately needed, and am not real excited to incur this incremental cost given current cost to Mars Kenco is already having with inefficiencies.

Thoughts?

**From:** Jabaley, David [mailto:David.Jabaley@Kencogroup.com]
**Sent:** Wednesday, September 24, 2014 3:20 PM
**To:** Moore, Todd
**Subject:** HR Manager

Todd, below is the Manteno salary survey. Let me know if Mars is okay with moving on this.



EXHIBIT

DEF001591

|  | Minimum | Midpoint | Maximum |
|---|---|---|---|
| Supervisor | $ 42,350 | $ 52,938 | $ 63,526 |
| Office Manager | $ 37,813 | $ 47,266 | $ 56,719 |
| Operations Manager | $ 53,124 | $ 66,405 | $ 79,686 |
| Accounting Manager | $ 51,859 | $ 64,824 | $ 77,789 |
| **HR Manager** | **$ 57,892** | **$ 69,470** | **$ 81,048** |

**David Jabaley**
Director, Operations
2001 Riverside Drive • Chattanooga, TN  37406
Office: 423-643-3336 • Mobile: 423-593-6045



*The information contained in this electronic communication and any accompanying document is confidential and is intended only for the use of the addressee. Unauthorized use, disclosure or copying of this communication, or any part of it, is strictly prohibited and may be unlawful. If you have received this communication in error, please notify the sender immediately by return email, and destroy this comm*

DEF001592

## Rebekah Funk

| | |
|---|---|
| **From:** | Coffey, Robert |
| **Sent:** | Wednesday, June 04, 2014 3:17 PM |
| **To:** | Helveston, Andrew; Tumpane Jr., Bill; Friker, Kevin; Weisel, Gabi; Terrell, Larry; Charboneau, Meghan; Pacchioli, Michael; Wasik, Toni; Search, Jeremy; Bush, Zakhary; Maurer, Melody; Bennett, Keith; Iuvone, Anthony; Lella, John; Waguespack, David; Knies, Ingrid; Latham, Kimberly; Haywood, St Clair; Martinez, Michael; Maggio, Jennifer |
| **Cc:** | Moore, Todd |
| **Subject:** | FW: Personnel Change Announcement |
| | |
| **Importance:** | High |

Please see below for the Personnel Change Announcement for the Manteno site and forward to any other contacts that you feel are appropriate.

Regards,

**Robert Coffey**

**Mars Chocolate, North America**
**Regional Distribution Manager  - Midwest**
**Chicago Plant**
**2019 North Oak Park Ave,**
**Chicago, IL 60707**



**M:** 773-892-7735
**E:** robert.coffey@effem.com

**From:** Hise, Paula [mailto:Paula.Hise@Kencogroup.com]
**Sent:** Wednesday, June 04, 2014 12:36 PM
**To:** Coffey, Robert
**Cc:** Moore, Todd; Jabaley, David
**Subject:** Personnel Change Announcement

Good afternoon,
Effective immediately, Kelvin Walsh is no longer serving in the role of General Manager at the Manteno site.  We are currently recruiting for a permanent replacement.  In the meantime, David Jabaley will be acting as the interim site General Manager.  Please work directly with David related to any projects or activities that might have otherwise gone to Kelvin.  Additionally, please circulate this announcement to the applicable contacts within the Mars organization.  David's email address is david.jabaley@kencogroup.com and his cell number is 423-593-6045.

Thanks, and we will keep you informed of our progress in recruiting a permanent replacement for this open position.

Paula Hise
Group VP, Health & Personal Care
2001 Riverside Drive • Chattanooga, TN  37406
Office: 423-643-3248 • Mobile: 423-290-3749



1

DEF001037

**Rebekah Funk**

| | |
|---|---|
| **From:** | Coffey, Robert |
| **Sent:** | Wednesday, September 24, 2014 4:28 PM |
| **To:** | Moore, Todd;Helveston, Andrew;Sheldon, Steven;Weisel, Gabi |
| **Subject:** | RE: Manteno HR Manager |

It's been identified as a root cause that leadership at the site is lacking and needs to be addressed immediately. The talent pool in that area is difficult to attract as has been validated by the hard time that we have been having recruiting with any open roles (management, hourly, etc... ) the addition of the co-pack liaison has paid dividends as we have not heard of many stir ups from that side of the wall lately and I would like to believe that if we have these individuals identified by Kenco below that we can address the leadership and accountability at the site which it is severely lacking – I believe that any provider that would be introduced to this site would have to add similar roles to be successful.

Regards,

**Robert Coffey**

**Mars Chocolate, North America**
**Regional Distribution Manager  - Midwest**
**Chicago Plant**
**2019 North Oak Park Ave,**
**Chicago, IL 60707**



**M:** 773-892-7735
**E:** robert.coffey@effem.com

**From:** Moore, Todd
**Sent:** Wednesday, September 24, 2014 2:28 PM
**To:** Helveston, Andrew; Sheldon, Steven; Weisel, Gabi; Coffey, Robert
**Subject:** FW: Manteno HR Manager

They are asking for approval to add to the overhead costs.  As a reminder, I previously agreed to the manager to work with co-pack and the floor outside current year budget.  HR is a shared resource at ABW and Exel.  Romark has a dedicated HR Manager for both Waco and Hazelton.  I agree an HR Manager on site is desperately needed, and am not real excited to incur this incremental cost given current cost to Mars Kenco is already having with inefficiencies.

Thoughts?

**From:** Jabaley, David [mailto:David.Jabaley@kencogroup.com]
**Sent:** Wednesday, September 24, 2014 3:20 PM
**To:** Moore, Todd
**Subject:** HR Manager

Todd, below is the Manteno salary survey. Let me know if Mars is okay with moving on this.



EXHIBIT

1

DEF001591

|  | Minimum | | Midpoint | | Maximum | |
|---|---|---|---|---|---|---|
| Supervisor | $ | 42,350 | $ | 52,938 | $ | 63,526 |
| Office Manager | $ | 37,813 | $ | 47,266 | $ | 56,719 |
| Operations Manager | $ | 53,124 | $ | 66,405 | $ | 79,686 |
| Accounting Manager | $ | 51,859 | $ | 64,824 | $ | 77,789 |
| **HR Manager** | **$** | **57,892** | **$** | **69,470** | **$** | **81,048** |

**David Jabaley**
Director, Operations
2001 Riverside Drive • Chattanooga, TN 37406
Office: 423-643-3336 • Mobile: 423-593-6045



The information contained in this electronic communication and any accompanying document is confidential and is intended only for the use of the addressee. Unauthorized use, disclosure or copying of this communication, or any part of it, is strictly prohibited and may be unlawful. If you have received this communication in error, please notify the sender immediately by return email, and destroy this comm

DEF001592

**Illinois Department of Employment Security**

P.O. Box 19509
Springfield, IL 62794
Phone: (800) 244-5631 · TTY: (800) 244-5631
Fax: (217) 557-4913
www.ides.illinois.gov

*217 557-4913*



MORRIS J. TYSON
PO BOX 291
KANKAKEE, IL 60901-0291

Date Mailed: 06/09/2015
Claimant ID: 3860081
Issue Number: 003

## Notice of Interview

(Este es un documento importante. Si usted necesita un intérprete, póngase en contacto con el Centro de Servicio al Reclamante al (800) 244-5631)

A question has been raised regarding your eligibility for unemployment insurance benefits for the period beginning 05/17/2015. This interview is requested because the employer indicated you were discharged. To resolve this question, an interview will be necessary for you to supply information regarding 602A. Misconduct applies to your eligibility in this case. At the time of your scheduled interview, be prepared to present any information you have regarding your case.

You have been scheduled to be interviewed by telephone on 06/16/2015, at 02:30 PM. We will telephone you at this time or within ten minutes after this time at (815) 295-4592. If the telephone number listed is incorrect, please contact the Agency at the phone number listed above to correct the number prior to your scheduled interview date. If a questionnaire is enclosed with this form, please complete, sign, and return the form by mail or fax, along with any other requested documents prior to your interview date and time. If you have witnesses who can provide information helpful to your case, have them available for the interview. If you reside outside the State of Illinois, contact the Agency at the phone number listed above.

If you expect to be working, or for any other good reason you will not be available for the interview, complete the enclosed form(s) and mail it to  at P.O. Box 19509; Springfield, IL 62794 or fax to (217) 557-4913 to reschedule your interview date. This notice is for your protection and is not a denial of benefits. A final determination regarding your eligibility for benefits will not be made until you have had an opportunity to discuss this matter with our office.  Failure to make yourself available for this interview at the date and time listed above will result in a determination being made based on the information available to the Representative, which may cause your benefits to be suspended, terminated, reduced or recouped.

Este aviso es para su protección y no es una negación de beneficios. Una determinación final con respecto a su elegibilidad para beneficios no será hecha hasta que haya tenido la oportunidad de discutir este asunto con nuestra oficina. La falta de estar disponible para esta entrevista en la fecha y hora mencionados anteriormente resultará en una determinación  hecha basada en la información a disposición del Representante, que puede causar que sus beneficios sean suspendidos, terminados, reducidos o recuperados.

*# 3*

J22F

Page 1 of 4

ADJ022F

307 AR, BR, CR