# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| MORRIS TYSON, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:19-cv-3193 |
| | ) | |
| v. | ) | Judge Sharon Johnson Coleman |
| | ) | Magistrate Judge Jeffrey T. Gilbert |
| MARS, INC., et. al., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on **Tuesday, July 23, 2019 at 8:45 a.m.**, we shall appear before the Honorable Judge Coleman, or any judge sitting in his stead in Courtroom 1241, U.S. District Court, 219 S. Dearborn St.**,** Chicago, and shall then and there present ***Defendants' Motion to Dismiss Plaintiff's Complaint with Prejudice Pursuant to Fed. R. Civ. Pro. 12(b)(6).***

Dated: July 15, 2019

Respectfully submitted,

JACKSON LEWIS P.C.

By: /s/Jody Wilner Moran
One of Their Attorneys

Jody Wilner Moran
Julia P. Argentieri
**Jackson Lewis P.C.**
150 North Michigan Avenue
Suite 2500
Chicago, Illinois 60601
Telephone: (312) 787-4949
Facsimile: (312) 787-4995
moranj@jacksonlewis.com
julia.argentieri@jacksonlewis.com

**CERTIFICATE OF SERVICE**

I, Jody Wilner Moran, an attorney, hereby certify that on July 15, 2019, I electronically filed a copy of the foregoing **DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT WITH PREJUDICE PURSUANT TO FED.R.CIV.PRO. 12(B)(6)** with the Clerk of the Court using the CM/ECF system. I further certify that a copy of the foregoing has been mail and email to the following non-ECF participant:

> Morris Tyson
> P.O. Box 55
> Steger, IL 60475
> Morris60901@yahoo.com

By: /s/ Jody Wilner Moran