UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
Eastern Division

Morris Tyson
                  Plaintiff,

v.                                      Case No.: 1:19−cv−03193
                                              Honorable Sharon Johnson Coleman

Exel, et al.
                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 23, 2019:

       MINUTE entry before the Honorable Sharon Johnson Coleman: Status hearing held on 7/23/2019. Brief oral argument held on defendants Mars Inc, Robert Coffey, and Todd Moore's motion to dismiss [18] and defendants Kenco Logistics, Jay Elliott, David Jabaley, Mario Lopez, Mike Manzello, and Kevin Walsh's motion to dismiss [21]. The motions [18] and [21] are granted on grounds of res judicata and issue preclusion because the same issues and/or parties have already been involved in and decided in prior litigation in the Central District of Illinois (Case number 2:15−cv−02288 Tyson v. Kenco et. al). Pro se plaintiff admitted in open court that his case against the movants was the same matter he brought in the Central District and he was attempting to appeal the decisions but instead on "bad advice" ended up in the Northern District. Defendants Mars Inc, Robert Coffey, and Todd Moore and defendants Kenco Logistics, Jay Elliott, David Jabaley, Mario Lopez, Mike Manzello, and Kevin Walsh are dismissed with prejudice. Motion hearing set for 7/25/2019 is stricken. Defendant Exel's motion for an extension of time to answer or otherwise plead [30] is granted. Defendant Exel is granted until 7/31/2019 to file a responsive pleading. Parties agreed to discuss settlement prior to the next status hearing. Status hearing is set for 8/5/2019 at 9:00 AM. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.