UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS



FILED

JUL 2 5 2019

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

MORRIS TYSON, an individual,

PLAINTIFF,

VS.

1:19 CV 3193

Judge: Sharon Johnson Coleman

MARS, etal.

Magistrate Judge:

DEFENDANTS,

Jeffery T. Gilbert

PLAINTIFF'S MOTION FOR CLARIFICATION

**NOW COMES** Plaintiff, Morris Tyson, Pro Se, Motion for leave to seek clarification from this Honorable Court for Clarification on the Matters Decided on July 23, 2019 and for his good cause shown in support of his motion Plaintiff states the following; THAT:

1. Plaintiff understands that Kenco and other named defendants represented by Jackson and Lewis were dismisses based upon the fact that the case could not be retried again in the same court in a different location.

2. What Plaintiff is unclear about is the status of Mars, Inc., Robert Coffey and Todd Moore.

3. Plaintiff wants to assure that Mars, Inc., Robert Coffey and Todd Moore remain as defendants as Mars, Inc. is the employer who hired the employees of the Mars Manteno facility including 4T's, Kenco and Xcel to manage that facility.

4. Robert Coffey and Todd Moore participated in the day to day operations of the Mars Manteno facility. This included managing the workflow and labor management of the Mars Manteno facility. Robert Coffey was the onsite Regional Distribution Manager for the Mars Manteno facility and Todd Moore was his boss.

5. Coffey participated in morning meetings daily, with other Mars employees including Todd Moore, to give daily instructions and information to the General Manager and others at the Mars Manteno facility regarding the warehouse and distribution goals for the Mars Manteno facility.

6. Coffey and Moore participated in the recruitment, hiring, discipline and termination of employees of the Mars Manteno facility; for example, the hiring, discipline and termination of Kenco, the hiring of Lori Varvel, the hiring Xcel.

7. Coffey and Moore routinely weighed in on other employee issues such as issues relative to being shorthanded regarding Spotters (email between Moore and the operations manager); communications between Coffey and Moore regarding employee injuries, employee performance, employee morale. In

Particular, I remember that William Schwerin was terminated and Coffey intervened and instructed that Schwerin be brought back after his termination.

8. The General Manager and the remaining employees reported up to Coffey and other Mars, Inc. employees such as Too Moore and other higher managers.

9. Robert communicated with every department at the Mars Manteno facility and the employees at the Mars Manteno facility, including myself.

10. At the time I was terminated, I had been an employee of the Mars Manteno facility for almost 12 years, during the time that 4T's, Kenco Logistics and Xcel had been managing the Mars Manteno facility. The time I worked at the Mars Manteno made me very familiar with the operation, the rules, the people and their roles. The management companies and their styles may have changed but the operation was the same-Robert Coffey, Todd Moore and Mars, Inc. were always in control.

11. Plaintiff believes that Coffey and Moore retaliated against Plaintiff and had Plaintiff terminated for filing formal charges of discrimination with the Illinois Department of Illinois and EEOC against employees and former employees of the Mars Manteno facility.

12. The charges of discrimination were received a couple of weeks prior to Plaintiff being terminated. The position that Plaintiff was terminated from was not a legitimate position at the Mars Manteno facility.

13. Mars, Inc. Robert Coffey and Todd Moore were the employers and managers of all the employees at the Mars Manteno facility during the incidents that led up to me filing the formal charges of discrimination and at the time of my termination.

the managers during this time Plaintiff believes that they should be held accountable and wanted to clarify with the court that these persons were still being held accountable and if not present information to hold them accountable.

**WHEREFORE,** Plaintiff requests that this Honorable Court give clarification and if necessary reinstate Mars, Inc., Robert Coffey and Todd Moore.

Dated: July 25, 2019

> Submitted By: Morris Tyson
> 500 S. Harrison Ave.
> Kankakee, IL 60901
> 815-295-4592
>
> *Morris J. Tyson*

## CERTIFICATE OF SERVICE

Please take notice that on July 25, 2109, Morris Tyson hereby do, certify that I did file a MOTION FOR CLARIFICATION with the NORTHERN DISTRICT OF ILLINOIS in the foregoing matter of Case No. 1:19 CV-3193 and have served the persons identified on the docket's service list through Notice of Electronic Filing generated by the Court's CM/ECF system through the Clerk's Office.

                              Submitted By: Morris Tyson
                              500 S. Harrison Ave.
                              Kankakee, IL 60901
                              815-295-4592

*[signature: Morris J. Tyson]*